435 A.2d 1216

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Alfred ROACH, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 21, 1981.

Decided Oct. 28, 1981.

Norman M. Abrams, Jenkintown, for appellant.

Robert B. Lawler, Asst. Dist. Atty., Maureen Brennan, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The Order of the Court of Common Pleas is affirmed.